W. George Wailes, Esq. (Bar No. 100435)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

**E-filed 9/2/05**

Attorneys for Plaintiff
REGINALD BRONNER

THOMAS M. HERLIHY (SBN 83615)
LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA  94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
UNUM LIFE INSURANCE
COMPANY OF AMERICA and
TELOGY, INC. GROUP LONG
TERM DISABILITY POLICY PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINALD BRONNER,<br><br>               Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation; TELOGY, INC., a California corporation; TELOGY, INC. GROUP LONG TERM DISABILITY POLICY PLAN, an ERISA Welfare Benefit Plan,<br><br>               Defendants. | CASE NO.  C-03 5742 JF(RS)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING STAY OF ACTION AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>CMC Date:   September 9, 2005<br>Time:          10:30 a.m.<br><br>Hon. Jeremy Fogel |

## STIPULATION

Plaintiff Reginald Bronner ("plaintiff") and defendant Unum Life Insurance Company of America ("UNUM") hereby stipulate and agree as follows:

1.  On February 28, 2005, the parties filed a stipulation to stay this proceeding pending UNUM's reassessment of plaintiff's claim, as described in the stipulation, and the Court approved the stay by its order entered March 8, 2005. (Stipulation and Order, Ex. 1 hereto.) The Court also scheduled a Case Management Conference for September 9, 2005, at 10:30 a.m. The order concluded, "The parties may request a continuance of the case management conference by a letter to the Court informing the Court that the reassessment process has not been completed."

2.  UNUM makes the following representations to plaintiff and the Court: Many California residents are among those UNUM insureds or claimants who have elected reassessment. However, the California Department of Insurance and UnumProvident have an understanding that these claims will be reassessed only after an agreement is reached between them with respect to the California Market Conduct Exam, which agreement might include modifications to the reassessment process currently outlined in the Multistate Regulatory Settlement Agreement. In light of this fact and of the volume of claims being reconsidered, UNUM currently estimates that reassessment of plaintiff's claim may not be completed until December 2006.

3.  Accordingly, the parties jointly request that this Court grant a further extension of the stay of these proceedings until the earliest of (1) UNUM's notice to the Court that it has completed the reassessment process; (2) December 31, 2006; or (3) 45 days from the date upon which a Notice To Reopen Action is filed by either party with the Court and served upon opposing counsel. The parties stipulate that such notice also will serve as a request to this Court to schedule a case management conference at the earliest possible date.

//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully, submitted, |
|   | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN, P.C. |
| Dated: August __, 2005 | By _____ <br> W. George Wailes <br> Attorneys for Plaintiff <br> REGINALD BRONNER |
| Dated: August __, 2005 | KELLY, HERLIHY & KLEIN LLP |
|   | By _____ <br> Laura E. Fannon <br> Attorneys for Defendants <br> UNUM LIFE INSURANCE COMPANY OF AMERICA and TELOGY, INC. GROUP LONG TERM DISABILITY POLICY PLAN |

### ORDER

IT IS ORDERED that the stay of this action shall continue until the earliest of (1) UNUM's notice to the Court that it has completed the reassessment process; (2) December 31, 2006; or (3) 45 days from the date upon which a Notice To Reopen Action is filed by either party with the Court and served upon opposing counsel. The Case Management Conference presently scheduled for September 9, 2005, at 10:30 a.m. is ordered off calendar and will be rescheduled at a later date.

Dated: 9/1/05

/s/electronic signature authorized
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

E:\24006\P23

## STIPULATION

Plaintiff Reginald Bronner ("plaintiff") and defendant Unum Life Insurance Company of America ("UNUM") hereby stipulate and agree as follows:

1. On February 28, 2005, the parties filed a stipulation to stay this proceeding pending UNUM's reassessment of plaintiff's claim, as described in the stipulation, and the Court approved the stay by its order entered March 8, 2005. (Stipulation and Order, Ex. 1 hereto.) The Court also scheduled a Case Management Conference for September 9, 2005, at 10:30 a.m. The order concluded, "The parties may request a continuance of the case management conference by a letter to the Court informing the Court that the reassessment process has not been completed."

2. UNUM makes the following representations to plaintiff and the Court: Many California residents are among those UNUM insureds or claimants who have elected reassessment. However, the California Department of Insurance and UnumProvident have an understanding that these claims will be reassessed only after an agreement is reached between them with respect to the California Market Conduct Exam, which agreement might include modifications to the reassessment process currently outlined in the Multistate Regulatory Settlement Agreement. In light of this fact and of the volume of claims being reconsidered, UNUM currently estimates that reassessment of plaintiff's claim may not be completed until December 2006.

3. Accordingly, the parties jointly request that this Court grant a further extension of the stay of these proceedings until the earliest of (1) UNUM's notice to the Court that it has completed the reassessment process; (2) December 31, 2006; or (3) 45 days from the date upon which a Notice To Reopen Action is filed by either party with the Court and served upon opposing counsel. The parties stipulate that such notice also will serve as a request to this Court to schedule a case management conference at the earliest possible date.

Respectfully, submitted,

CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN, P.C.

Dated: August 23, 2005

By _____
W. George Wailes
Attorneys for Plaintiff
REGINALD BRONNER

1  Dated: August 29, 2005

KELLY, HERLIHY & KLEIN LLP

By _/s/ Laura E. Fannon_
Laura E. Fannon
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and TELOGY, INC. GROUP LONG TERM DISABILITY POLICY PLAN

## ORDER

IT IS ORDERED that the stay of this action shall continue until the earliest of (1) UNUM's notice to the Court that it has completed the reassessment process; (2) December 31, 2006; or (3) 45 days from the date upon which a Notice To Reopen Action is filed by either party with the Court and served upon opposing counsel. The Case Management Conference presently scheduled for September 9, 2005, at 10:30 a.m. is ordered off calendar and will be rescheduled at a later date.

Dated:

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

E:\24006\P23