**E-Filed 5/23/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| REGINALD BRONNER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | Case Number C 03-5742 JF<br><br>ORDER[1] RE STAY; ORDER REOPENING CASE<br><br>[re: docket no. 55, 57] |

In a letter dated May 17, 2007, Plaintiff Reginald Bronner informs the Court that Defendant UNUM Life Insurance Company of America ("UNUM") has completed reassessing his claim under its settlement agreement with the State of California and that it has notified him that he is no longer in the program. Accordingly, Plaintiff requests that the Court lift the stay of the case imposed by the Court's order of September 2, 2005. That order provided that the stay would expire on December 31, 2006. Accordingly, this action is no longer stayed. Plaintiff also requests that the Court reopen the action, which was closed administratively after the parties

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-5742 JF
ORDER RE STAY; ORDER REOPENING CASE
(JFLC1)

1  failed to attend a Case Management Conference scheduled for February 10, 2006.  Because the
2  parties apparently did not have notice of that Case Management Conference, the action should
3  not have been closed and hereby is reopened.
4      The parties shall appear for a further Case Management Conference on June 15, 2007 at
5  10.30 a.m.

7  IT IS SO ORDERED.

9  DATED: May 23, 2007.

                                           _____
                                           JEREMY FOGEL
                                           United States District Judge

2

Case No. C 03-5742 JF
ORDER RE STAY: ORDER REOPENING CASE
(JFLC1)

1 | This Order has been served upon the following persons:
2 | Laura E. Fannon        fannon@kelher.com
3 | W. George Wailes      gwailes@carr-mcclellan.com, gllewellyn@carr-mcclellan.com

Case No. C 03-5742 JF
ORDER RE STAY: ORDER REOPENING CASE
(JFLC1)