**E-filed 10/1/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REGINALD BRONNER, | Case Number C 03-5742 JF (RS) |
| Plaintiff, | ORDER CLARIFYING ORDER OF SEPTEMBER 30, 2008 |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA ET AL., | |
| Defendants. | |

On September 30, 3008, the Court issued an order vacating Defendants' pending motion for summary judgment and directing that the motion be renoticed when briefing was completed. The Court also directed that Defendants obtain a hearing date prior to renoticing the motion.

Case No. C 03-5742 JF (RS)
ORDER CLARIFYING ORDER OF SEPTEMBER 30, 2008
(JFLC2)

1  Later that same day, Defendants filed a letter requesting clarification of the Court's order.  The
2  Court clarifies its order as follows:

3      (1)    The Court did not intend to extend the previously established ninety-day deadline for filing supplemental briefing on the motion for summary judgment. Defendants having pointed out that the deadline has expired, the Court clarifies that Plaintiff may not submit supplemental briefing absent further order of the Court.

4      (2)    By directing Defendants to renotice their motion, the Court did not mean to suggest that Defendants must refile any of the briefing and documents previously filed in connection with the motion.  Defendants need only renotice the motion.

5      (3)    The Court has concluded that further oral argument would be helpful; accordingly, Defendants are directed to contact the Court's administrative law clerk to obtain a hearing date prior to renoticing the motion.

IT IS SO ORDERED.

DATED:  10/1/08

_____
JEREMY FOGEL
United States District Court

1  This Order has been served upon the following persons:

2

3  Laura E. Fannon  laura.fannon@wilsonelser.com

4  W. George Wailes  gwailes@carr-mcclellan.com, gllewellyn@carr-mcclellan.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 03-5742 JF (RS)
ORDER CLARIFYING ORDER OF SEPTEMBER 30, 2008
(JFLC2)