THOMAS M. HERLIHY (SBN 83615)
LAURA E. FANNON (SBN 111500)
CATHERINE GREGORY (SBN 242906)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA
and TELOGY INC. GROUP LONG-TERM DISABILITY
POLICY PLAN

**Filed**

MAR - 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BRONNER,<br>        Plaintiff,<br>vs.<br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br>        Defendant. | Case No.: C-03-5742-JF<br><br>[PROPOSED] ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL<br><br>Hearing: None Set<br><br>The Honorable Jeremy Fogel |

The Court hereby GRANTS defendant Unum Life Insurance Company of America's Administrative Motion to File Under Seal pursuant to Local Rule 79-5.

Dated: 3-6-09

Jeremy Fogel, Judge
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER

CASE NO.: C-03-5742-JF   421167.1