W. George Wailes, Esq. (Bar No. 100435)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Plaintiff
REGINALD BRONNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BRONNER,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>        Defendant. | CASE NO. C-03-5742-JF (RS)<br><br>STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE |

Plaintiff Reginald Bronner and defendant Unum Life Insurance Company of America stipulate by and through their attorneys that this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: May 15, 2009

    Respectfully submitted,

    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Corporation

    By: _____
        W. George Wailes
        Attorneys for Plaintiff
        REGINALD BRONNER

Dated: May 26, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

By: _____
Laura E. Fannon
Attorneys for Defendant
Unum Life Insurance Company of America

ORDER

GOOD CAUSE APPEARING IT IS ORDERED that this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: 5/27/09

_____
UNITED STATES DISTRICT JUDGE